UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO THOMPSON,<br><br>        Plaintiff,<br><br>   -against-<br><br>NEW YORK STATE OFFICE OF VICTIM SERVICES, ET AL.,<br><br>        Defendants. | 20-CV-8598 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 17, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 17, 2020
     New York, New York

                          COLLEEN McMAHON
                       Chief United States District Judge